# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.    CV 17-7145 SVW (SS) | Date: January 4, 2018 |
| | Page 1 of 1 |

Title:    Bryan Harvey Holloway v. Warren L. Montgomery

DOCKET ENTRY: **ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ENTER DEFAULT AGAINST RESPONDENT FOR FAILURE TO FILE RESPONSE TO PETITION**

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| _Marlene Ramirez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

**PROCEEDINGS: (IN CHAMBERS)**

　　On October 31, 2018, the Court issued an Order requiring an Answer within thirty days or a Motion to Dismiss within thirty days. As of today, January 4, 2019, Respondent has failed to file any response to the Petition.

　　Accordingly, the Court orders Respondent to show cause within 14 days of the date of this Order why a default should not be entered against Respondent. In the alternative, Respondent may discharge this Order by filing an Answer or other response to the Petition within 14 days.

　　IT IS SO ORDERED.

MINUTES FORM
CIVIL-GEN                                                                                                   Initials of Deputy Clerk  mr