**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN HARVEY HOLLOWAY,<br><br>        Petitioner,<br><br>  v.<br><br>KELLY SANTORO, Warden,<br><br>        Respondent. | Case No. CV 17-7145 SVW (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

The Court has reviewed the Petition, Respondent's "Motion to Vacate Order Requiring Response," which the Court construes as a Motion to Dismiss the Petition, Petitioner's Opposition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Respondent's Motion is granted to the extent that it seeks dismissal of this action. The Petition is

denied as successive and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on counsel for Petitioner and on counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 15, 2019

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE